IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00009-MOC-WCM

| | |
|---|---|
| DJ-MT, LLC and DANIEL LARIMER, | )<br>) |
| Plaintiffs, | ) |
| v. | )     ORDER |
| | ) |
| DJ3, LLC; THE LANDING STRIP, INC.; SAVE A CHILD, LLC; and DENNIS HULSING, | )<br>)<br>) |
| Defendants. | ) |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 22) filed by Ervin L. Ball, Jr.. The Motion indicates that Mr. Ball, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Nicholas J. Porto, who the Motion represents as being a member in good standing of the Bar of Missouri. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 22) and **ADMITS** Nicholas J. Porto to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 4, 2023

W. Carleton Metcalf
United States Magistrate Judge